COMMONWEALTH of Pennsylvania, Respondent

v.

Tiant Rashaad MITCHELL, Petitioner

No. 19 WAL 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

Calvin FLOYD, Petitioner

v.

Superintendent Cynthia LINK, Respondent

No. 51 EM 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

Roulette PRICE, Respondent

v.

Alan CATANZARITI, D.P.M., Petitioner

No. 529 WAL 2016

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Gary SOUTHERLAND, Petitioner

No. 3 WAL 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**